IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

DONALD OTIS WILLIAMS,

    Petitioner,

v.                                  Case No. 5D22-1262
                                    LT Case No. 2011-CF-105

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed October 27, 2022

Petition for Writ of Mandamus,
Heidi Davis, Respondent Judge.

Donald Otis Williams, Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Respondent.


PER CURIAM.

    Due to Petitioner's apparent abuse of the legal process by his abusive,

repetitive, malicious, or frivolous pro se filings attacking his judgment and

sentence in Lake County Circuit Court Case No. 2011-CF-105, this Court

issued an order directing Petitioner to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999). Having carefully considered the response and finding the response fails to show cause why sanctions should not be imposed, we conclude that Petitioner is abusing the judicial process and should be barred from further pro se filings.

Therefore, in order to conserve judicial resources, the Clerk of this Court is directed not to accept any further pro se filings concerning the above referenced case. Any future filings regarding the referenced case will be summarily rejected by the Clerk unless filed by a member in good standing of The Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. *See* § 944.279(1), Fla. Stat. (2022); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

FUTURE PRO SE FILINGS PROHIBITED.

COHEN, EISNAUGLE and WOZNIAK, JJ., concur.